# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

v.                       Case No. 4:14-cr-00138-07 KGB

**GARY LYNN SANDERS**                                                      **DEFENDANT**

## ORDER

Pending is defendant Gary Lynn Sanders's *pro se* motion for early termination of supervised release (Dkt. No. 328). The government filed a response stating that there is no objection to the motion (Dkt. No. 332).

On September 14, 2016, Mr. Sanders pled guilty to one count of conspiracy to possess with intent to distribute methamphetamine (actual) in violation of 21 U.S.C. § 846 (Dkt. Nos. 187, 188). Mr. Sanders was sentenced to 120 months of imprisonment to be followed by five years of supervised release (Dkt. Nos. 213, 214).

Mr. Sanders's supervision commenced on July 3, 2023; therefore, he has served approximately 13 months of his five-year term of supervised release. The government's response represents that counsel for the government contacted Mr. Sanders's supervising United States Probation Officer and that the Probation Office reports that Mr. Sanders has a post-conviction risk assessment that is low-moderate for general criminogenic risk, is not a career criminal and/or career drug offender as described in 28 U.S.C. § 994(h), has not committed a sex offense or engaged in terrorism, presents no identified risk to the public or victims, and is free from any court-reported violations over a 13 month period of supervision. Further, Mr. Sanders has demonstrated the ability to self-manage lawfully beyond the period of supervision, is in substantial compliance with all conditions of supervision, engages in appropriate prosocial activities, and receives

sufficient prosocial support to remain lawful well beyond the period of supervision. Therefore, the United States Probation Office supports early termination of Mr. Sanders's term of supervised release. The government does not oppose the motion.

Under 18 U.S.C. § 3583(e)(1), a district court "may, after considering [certain] factors… terminate a term of supervised release and discharge the defendant… if it is satisfied that such action is warranted by the conduct of the defendant released and is in the interest of justice…"

For good cause shown, the Court finds that early termination of Mr. Sanders's term of supervised release is warranted by Mr. Sanders's conduct and is in the interest of justice. 18 U.S.C. § 3583(e)(1). Therefore, the Court grants Mr. Sanders's motion for early termination of supervised release (Dkt. No. 328). The Court releases Mr. Sanders from the remainder of his term of supervised release.

It is so ordered this 21st August 2024.

Kristine G. Baker
Chief United States District Judge